## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Petitioner )<br>)<br>V. )<br>)<br>HYCREST FARM REALTY TRUST )<br>VINCENT J. CAMPOBASSO AS TRUSTEE )<br>Respondent ) | M.B.D. No.<br><br>04 MBD 10242 |

### PETITION TO ENFORCE
### INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael Sullivan, United States Attorney for the District of Massachusetts, state that:

1. This proceeding for the enforcement of an Internal Revenue Service Summons is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

2. David C. Wilson is a Revenue Officer of the Internal Revenue Service authorized to issue summonses under the Internal Revenue Laws.

3. The respondent, Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee, resides or is found at 5 Roper Street, Sterling, Massachusetts 01564 within the jurisdiction of this Court. The respondent is in possession and control of testimony and documents concerning this investigation. Revenue Officer David C. Wilson is conducting an investigation for the collection of the tax liability of Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee for the taxable period(s) ending on December 31, 1989.

4. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C, authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

5. On February 23, 2004, Revenue Officer David C. Wilson issued, pursuant to Section 7602 of the Internal Revenue Code of 1986, a summons to Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee, directing him to appear before Revenue Officer David C. Wilson at 120 Front Street, Suite 600 Worcester, MA 01608 on March 29, 2004 and to produce for

examination (and give testimony relating to) documents and financial records for the period(s) December 31, 1989.

A copy of the Summons is attached to this Petition as "Exhibit A". On February 23, 2004, Revenue Officer David C. Wilson served the Summons on Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee by handing an attested copy of the summons to whom it was directed. Revenue Officer David C. Wilson signed a certification on the face of the copy of the summons served that it is a true and correct copy of the original.

6. Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee has failed and refuses to comply with the Summons.

7. The records sought by the Summons are not now in the possession of the Internal Revenue Service, and their production by Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee for examination by an officer of the Internal Revenue Service is necessary to complete a Collection Information Statement.

WHEREFORE, the petitioner prays that:

1. Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee be ordered to show cause, if any he has, why he should not obey the Summons;

2. Hycrest Farm Realty Trust Vincent J. Campobasso as Trustee be ordered to obey the Summons at a time and place to be fixed by Revenue Officer David C. Wilson or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action to be awarded to the United States.

By their attorney,

MICHAEL SULLIVAN
United States Attorney

By: /s/ Patricia M. Connolly

Patricia M. Connolly
Assistant U.S. Attorney
United States Attorney's Office
United States Courthouse – Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282