UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Petitioner　　　　　　)<br>　　　　　　　　　　　　　　)<br>　　　　V.　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>HYCREST FARM REALTY TRUST, )<br>VINCENT J. CAMPOBASSO AS TRUSTEE )<br>　　　　Respondent　　　　　)  | M.B.D. No. 04-10242 |

### AFFIDAVIT OF REVENUE OFFICER

I, David C. Wilson, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Hycrest Farm Realty Trust, Vincent J. Campobasso as Trustee, are true to the best of my knowledge and belief.

　　　　　　　　　　　　　　　　　_David C. Wilson_
　　　　　　　　　　　　　　　　　Revenue Officer
　　　　　　　　　　　　　　　　　Internal Revenue Service

On this 10th day of June, 2004, before me, the undersigned notary public, personally appeared David C. Wilson, proved to me through satisfactory evidence of identification, which were United States Treas. ID #IR-ODC w/8 to be the person whose name is signed on this document in my presence.

My Commission expires: Oct. 18, 2007　　　　_Frank Centrella Jr._
Frank Centrella, Jr.　　　　　　　　　　　　NOTARY PUBLIC