UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 29  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
|  | ) | |
| v. | ) | M.B.D. No. 04-10242-JGD |
|  | ) | |
| HYCREST FARM REALTY TRUST, | ) | |
| Vincent J. CampoBasso as Trustee, | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW PETITION
## TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on September 7, 2004.

The petitioner now seeks to withdraw its petition because the respondent, Vincent J. CampoBasso, Trustee of Hycrest Farm Realty Trust, has complied with the Internal Revenue Service Summons.

Respectfully submitted:

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PATRICIA M. CONNOLLY
Assistant U.S. Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
September 29, 2004

_____
Assistant U.S. Attorney